UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| UNITED STATES OF AMERICA, | ) | Case No. 09CR2444-L |
|---|---|---|
| Plaintiff, | ) | Date: October 5, 2009 |
| | ) | Time: 2:00 p.m. |
| v. | ) | |
| | ) | ORDER TO CONTINUE |
| **KEVIN OTIS BROOKS**, | ) | MOTION HEARING/TRIAL SETTING DATE |
| | ) | |
| Defendant. | ) | |

WHEREAS the parties have both agreed jointly to a continuance of the hearing; and for good cause showing;

IT IS HEREBY ORDERED that the hearing date in the above-mentioned case be continued from October 5, 20009 at 2:00 p.m. to November 16, 2009 at 2:00 p.m.

SO ORDERED.

DATED: September 30, 2009

_____
M. James Lorenz
United States District Court Judge

1